ACCEPTED
03-13-00400-CV
3909548
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:06:53 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00400-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:06:53 AM
JEFFREY D. KYLE
Clerk

_____

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS,

*Appellant*,

v.

RYAN, LLC,

*Appellee*.

_____

On Appeal from the
200th Judicial District Court, Travis County, Texas

_____

**NOTICE OF DESIGNATION OF LEAD APPELLATE COUNSEL**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), please note that Assistant Solicitor General Rance Craft is now lead appellate counsel for Appellant, Glenn Hegar. Mr. Craft is substituting for Deputy Solicitor General Andrew S. Oldham, who is leaving the Attorney General's Office. Please send all further communications relating to this appeal to Rance Craft, Office of the Attorney General, Solicitor General's Division, P.O. Box 12548 (MC 059), Austin, Texas 78711-2548, (512) 936-2872 (telephone), (512) 474-2697 (facsimile), rance.craft@texasattorneygeneral.gov.

1

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General


 /s/ Andrew S. Oldham
ANDREW S. OLDHAM
Deputy Solicitor General
State Bar No. 24081616


/s/ Rance Craft
RANCE CRAFT
Assistant Solicitor General
State Bar No. 24035655

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
(512) 474-2697
Andy.Oldham@texasattorneygeneral.gov

*Counsel for Appellant*

2

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the clerk of the court and served by File&Serve Xpress on January 27, 2015, upon:

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
doug.sigel@ryanlawllp.com
Fax: (512) 459-6601

*Lead Counsel for Appellee Ryan, LLC*

 /s/ Andrew S. Oldham
Andrew S. Oldham
*Counsel for Appellant*